# In the United States Court of Federal Claims

| | |
|---|---|
| **CAPITAL TECHNOLOGY GROUP, LLC**      **Plaintiff** | No. 23-2076C |

and

| | |
|---|---|
| **METROIBR JV LLC**      **Plaintiff** | No. 23-2087C |

v

**THE UNITED STATES**
    **Defendant**

v

**IGNITEACTION LLC**
    **Intervenor-Defendant**

## NOTICE OF FILING OF OFFICIAL SEALED TRANSCRIPT

Notice is hereby given that an official transcript of proceedings held on **March 12, 2024,** has been filed in the above-captioned matter. As this is a transcript of a sealed proceeding, the transcript is available to case participants only and will remain sealed unless the judge orders otherwise.

This transcript will be made electronically available to the parties to this proceeding after 90 calendar days. If a party to the case would like to review the transcript before it is electronically available, the party may purchase a copy from the official court reporter (at which time the purchasing party will receive immediate electronic access to the transcript). Please contact the Clerk's Office at (202) 357-6406 for more information.

**March 18, 2024**                                                          s/Anthony Curry
                                                                                                        **Deputy Clerk**